**ORIGINAL**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Minnesota Mining and Manufacturing Company, Plaintiff, vs. Glaxo Wellcome, Inc., Glaxo Group, Ltd., and Glaxo Wellcome, PLC, Defendants. | Civ. No.: 00-2192 (PAM/JGL) **STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

**STIPULATION**

The parties to this litigation, acting by and through their counsel of record, hereby stipulate that the Defendants may have to and including March 23, 2001, in which to answer or otherwise respond to the Complaint in this matter.

Dated: February 22, 2000

WINTHROP & WEINSTINE, P.A.

By: [signature]
Darron C. Knutson, #57034

3000 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
(612) 347-0700

HOPGOOD, CALIMAFDE, JUDLOWE & MONDOLINO, LLP

Stephen B. Judlowe, P.C.
Brian W. Nolan

Lincoln Building
60 East 42nd Street
New York, NY 10165
(212) 551-5000

Attorneys for Defendants

FEB 23 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD

Dated: February 22, 2000

FISH & RICHARDSON P.C., P.A.

By: ______________________
Jonathan E. Singer, #283459
Chad A. Hanson, #285924

3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
(612) 335-5070

Attorneys for Plaintiff

**ORDER**

Based upon the foregoing Stipulation of the parties, it is hereby ORDERED that the Defendants may have to and including March 23, 2001, in which to answer or otherwise respond to the Complaint.

Dated: Feb 23, 2001

______________________
The Honorable Jonathan G. Lebedoff
United States Magistrate Judge

idmsmpl:441475_1